# EXHIBIT B

# Real-world comparison of overall survival in patients with metastatic castration-sensitive prostate cancer initiating apalutamide without docetaxel versus darolutamide without docetaxel

Benjamin Lowentritt[1], Mehmet A. Bilen[2], Mukul Singhal[3], Carmine Rossi[4], Dominic Pilon[4], Courtney D. Morrow[3], Gordon Brown[5]

[1] Chesapeake Urology, Towson, MD
[2] Winship Cancer Institute of Emory University, Atlanta, GA
[3] Johnson & Johnson, Horsham, PA, USA
[4] Analysis Group, Inc., Montréal, Canada
[5] New Jersey Urology, Cherry Hill, NJ




https://www.jnjmedicalconnect.com/media/attestation/congresses/oncology/2026/ipcu/real-world-comparison-of-overall-survival-in-patients-with-metastatic-castration-presentation.pdf

https://www.jnjmedicalconnect.com/media/attestation/congresses/oncology/2026/ipcu/real-world-comparison-of-overall-survival-in-patients-with-metastatic-castration-pls.pdf

Scan the QR code
The QR code is intended to provide scientific information for individual reference, and the information should not be altered or reproduced in any way.

Johnson&Johnson | Oncology

# Background

 Apalutamide and darolutamide are approved for use in mCSPC[1,2]

 Phase 3 trials

| **TITAN[3] (apalutamide + ADT)** | **ARANOTE[4] (darolutamide + ADT)** |
|---|---|
|  Significant reduction in disease progression |  Significant reduction in disease progression |
|  Significant reduction in OS |  No significant reduction in OS |

No clinical trials or real-world studies **directly comparing survival outcomes** between APA and DARO

 Real world study comparing the **proportion of patients surviving by 24 months**

**In patients with mCSPC who newly initiated:**

Apalutamide without docetaxel

vs

Darolutamide without docetaxel



APA, apalutamide; ARPI, androgen receptor pathway inhibitor; DARO, darolutamide; mCSPC, metastatic castration-sensitive prostate cancer; OS, overall survival.

1. U.S. Food and Drug Administration. FDA approves apalutamide for metastatic castration-sensitive prostate cancer. 2019. Available at: https://www.fda.gov/drugs/resources-information-approved-drugs/fda-approves-apalutamide-metastatic-castration-sensitive-prostate-cancer. Accessed 18 Dec 2025; 2. U.S. Food and Drug Administration. FDA approves darolutamide for metastatic castration-sensitive prostate cancer. 2025. Available at: https://www.fda.gov/drugs/resources-information-approved-drugs/fda-approves-darolutamide-metastatic-castration-sensitive-prostate-cancer. Accessed 18 Dec 2025; 3. Chi KN, et al. N Engl J Med. 2019;381(1):13–24; 4. Saad F, et al. J Clin Oncol. 2024;42(36):4271–4281;

# Methods

**Retrospective longitudinal analysis using intention-to-treat approach comparing overall survival in ARPI-naïve patients with mCSPC newly initiated on apalutamide without docetaxel versus darolutamide without docetaxel**

## Primary endpoint


Overall survival by 24 months


**Precision Point Specialty**
A clinical EMR database


**Data sources**
Linking patient level data


**Komodo Research Database**
An insurance claims database with mortality



**Study period:** 01/01/2016 – 06/30/2025

Precision Point Specialty Analytics Database linked to Komodo Research Claims Database

≥1 paid claim or dispensation for any ARPI on or after August 5, 2022 (first paid claim or dispensation = index date)
N=19,338

Apalutamide as first paid claim or dispensation
N=3,239

Darolutamide as first paid claim or dispensation
N=1,815

Patient selection criteria met

**Apalutamide cohort**
N=1,460

**Darolutamide cohort**
N=287

## Statistical analyses

| Power calculation | Adequately powered |
| Balance confounding baseline variables | IPTW |
| Compare OS between cohorts | Weighted Cox proportional hazards model |


**Select Inclusion criteria**
- Adult patients with ARPI-naïve mCSPC


**Select Exclusion criteria**
- Evidence of docetaxel use within -90/+30 days & -/+90 days of index date (SA)
- Prior use of an ARPI or advanced treatment
- Diagnosis for another primary cancer

ARPI, androgen receptor pathway inhibitor; EMR, electronic medical records; IPTW, inverse-probability of treatment weighting; mCSPC, metastatic castration-sensitive prostate cancer; OS, overall survival; SA, Sensitivity analyses.

J&J | Oncology | 3

# Results

## Patient population

| Select patient characteristics* | Apalutamide (without docetaxel) N=1,460 | Darolutamide (without docetaxel) N=287 | Standardized difference, % |
| --- | --- | --- | --- |
| Mean age, years | 73.5 | 73.7 | 2.6 |
| Race | | | |
| White | 59.6% | 60.0% | 0.8 |
| Black | 21.5% | 22.4% | 2.4 |
| Other | 13.5% | 12.4% | 3.4 |
| Unknown | 5.4% | 5.2% | 1.2 |
| Medicare-insured | 79.8% | 81.4% | 4.1 |
| Index year | | | |
| 2022 | 11.9% | 11.8% | 0.3 |
| 2023 | 39.1% | 39.0% | 0.3 |
| 2024 | 36.8% | 37.3% | 1.0 |
| 2025 | 12.1% | 11.9% | 0.7 |
| Median (IQR time between metastasis and index date, months | 4.1 (1.1, 17.1) | 2.9 (1.0, 16.3) | 3.4 |
| Mean Quan-CCI | 10.1 | 10.0 | 2.9 |
| Metastasis type | | | |
| Bone | 53.6% | 52.9% | 1.4 |
| Nodal | 50.1% | 47.8% | 4.6 |
| Visceral | 17.6% | 18.5% | 2.1 |
| Multiple sites | 28.4% | 29.0% | 1.2 |
| *De novo* mCSPC | 39.1% | 37.0% | 4.3 |
| Concurrent use of ADT | 96.4% | 95.6% | 3.9 |
| Most recent ADT episode index date ≤4 months | 67.0% | 70.5% | 7.6 |

## Overall survival



Through 24 months: Apalutamide demonstrated ↓ 51% reduction in risk of death

*After inverse probability of treatment weighting. †Propensity scores were generated using probability estimates from a logistic regression models using the following predictors: age, race, geographic region, payer, year of index date, time between metastasis and index date, time between first observed PC diagnosis and index date, de novo mCSPC, concurrent use of ADT, prior use of first-generation antiandrogens, bone antiresorptive therapy, most recent PSA level, earliest Gleason score, types of metastases (bone, nodal, visceral, and metastasis in multiple sites), and Quan-CCI score. Each patient was attributed an inverse-probability of treatment weight that was defined as follows: 1/(propensity score) for the apalutamide cohort and 1/(1-propensity score) for the darolutamide cohort. Normalized inverse-probability of treatment weights were truncated at the 95th percentiles. ‡A hazard ratio <1 indicates that the apalutamide cohort has a lower likelihood of death compared to the darolutamide cohort. §Significant at the 5% level. ‖Excluded patients with docetaxel use between 90 days pre-index to 90 days post-index.

ADT, androgen deprivation therapy; CI, confidence interval; HR, hazard ratio; IQR, interquartile range; mCSPC, metastatic castration-sensitive prostate cancer; PSA, prostate specific antigen; Quan-CCI, Quan-Charlson Comorbidity Index.

# Limitations and conclusions

## Conclusions



### Limitations

1. Potential for misclassification bias
2. Possibility that not all death or treatment data captured
3. Unknown cofounders may be present
4. Longer follow-up may be required

In mCSPC patients:



**Apalutamide without docetaxel**

**51%** **reduction in the risk of death** using 24-month follow-up data **vs**

**Darolutamide without docetaxel**

### Comparison with previous studies:

| **Consistent** in sensitivity analyses with larger docetaxel exclusion window | APA 24-month OS **consistent with** Phase 3 TITAN[1] and previously published RW studies[2,3] |



APA, apalutamide; mCSPC, metastatic castration-sensitive prostate cancer; OS, overall survival.

1. Chi KN, et al. J Clin Oncol. 2021;39(20):2294-2303.G;2. Bilen, Mehmet A., et al. *Advances in Therapy* (2025): 1-18.; 3. Lowentritt, Benjamin, et al. *Urologic Oncology*. Vol. 41. No. 5. Elsevier, 2023.



# Questions?



https://www.jnjmedicalconnect.com/media/attestation/congresses/oncology/2026/ipcu/real-world-comparison-of-overall-survival-in-patients-with-metastatic-castration-presentation.pdf

https://www.jnjmedicalconnect.com/media/attestation/congresses/oncology/2026/ipcu/real-world-comparison-of-overall-survival-in-patients-with-metastatic-castration-pls.pdf

Scan the QR code
The QR code is intended to provide scientific information for individual reference, and the information should not be altered or reproduced in any way.

J&J | Oncology    6