# EXHIBIT C

# Real-world comparison of overall survival in patients with metastatic castration-sensitive prostate cancer initiating apalutamide without docetaxel versus darolutamide without docetaxel

Benjamin Lowentritt[1], Mehmet A. Bilen[2], Mukul Singhal[3], Carmine Rossi[4], Dominic Pilon[4], Courtney D. Morrow[3], Gordon Brown[5]

[1]Chesapeake Urology, Towson, MD; [2]Winship Cancer Institute of Emory University, Atlanta, GA; [3]Johnson & Johnson, Horsham, PA, USA; [4]Analysis Group, Inc., Montréal, Canada; [5]New Jersey Urology, Cherry Hill, NJ



## What do these results mean for individuals with metastatic castration-sensitive prostate cancer (mCSPC)?

Patients with mCSPC who started treatment with apalutamide (without docetaxel) were less likely to die through 24 months compared with those who started treatment with darolutamide (without docetaxel)



## What was the purpose of this analysis?

- The analysis compared survival in patients with mCSPC who started treatment with apalutamide or darolutamide (examples of ARPIs), both without docetaxel (chemotherapy)
- The aim of this analysis was to determine if there is a difference in how many patients in each group survived 24 months after starting treatment



## How was the analysis carried out?

**Participants were:**
- ✓ 18 years of age or older
- ✓ Diagnosed with mCSPC
- ✓ ARPI-naïve

 **1460**
Started apalutamide without docetaxel

 **287**
Started darolutamide without docetaxel




**Patient information came from US medical and insurance databases**

*Information collected included medical background, prescriptions received, and deaths*

 **This study did not assess safety**



## What were the results?

### Through 24 months, patients who started treatment with apalutamide (without docetaxel) were less likely to die than those who started darolutamide (without docetaxel)

 **Who was in the analysis?**

**Median age: 74 years**  |  **60%** of patients were **White**  |  **22%** of patients were **Black**

| Metastasis type | Apalutamide | Darolutamide |
|---|---|---|
| Bone | 54% | 53% |
| Lymph nodes | 50% | 48% |
| Internal organs | 18% | 19% |
| Multiple sites | 28% | 29% |

 **What were the limitations?**

- As the study used clinical records, some information may be missing or incorrect, and not all deaths may have been recorded in the databases
- The patients included may not represent all people with mCSPC in the US
- Longer follow-up may be needed to fully understand differences in survival between treatment groups

 **How well did apalutamide work?**

 **Survival at 24 months**

 **92%** of patients receiving apalutamide (without docetaxel)

 **86%** of patients receiving darolutamide (without docetaxel)

 **51%** lower risk of death through 24 months with apalutamide compared with darolutamide, both without docetaxel



### Glossary of terms

| | | | |
|---|---|---|---|
| **Androgen Receptor Pathway Inhibitors (ARPIs)** | These are drugs that block the action of androgens (male hormones) by binding to androgen receptors | **Metastatic** | The cancer has spread to other locations in the body (such as bones or other organs) |
| **Castration-sensitive** | The cancer responds favorably to treatment that blocks testosterone production | **Overall Survival** | Proportion of patients who were alive at certain time point from the start of treatment |
| **Median** | The middle number in a sequence of numbers ordered from lowest to highest | **Prostate cancer (PC)** | Prostate cancer develops when the body cannot control the growth of abnormal cells in the prostate |


Scan the QR code for the full oral presentation



AI was used in the preparation of these summaries.

This material is distributed for scientific purposes on J&J Medical Connect, and is not for promotional use.