UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bayer Healthcare LLC,

                    Plaintiff,

          v.

Johnson & Johnson et al.,

                    Defendants.

26-CV-1479 (DEH)

ORDER

DALE E. HO, United States District Judge:

By tomorrow, February 24, 2026, the Parties are **ORDERED** to file a proposed schedule for adjudicating Plaintiff's motion for emergency injunctive relief. The proposed schedule shall include a timeline for Defendants' opposition, Plaintiff's reply, and a date for a hearing before this Court in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY. The Parties shall also state their position on whether an evidentiary hearing will be required. If the Parties cannot agree, the filing shall include each side's respective positions.

Plaintiff is directed to serve this Order and any relevant case materials on Defendants as soon as practicable, and by no later than 5:00 pm today, February 23, 2026. Plaintiff is further directed to file proof of service on the docket.

SO ORDERED.

Dated: February 23, 2026
       New York, New York

DALE E. HO
United States District Judge