UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bayer HealthCare LLC, | |
| Plaintiff, | |
| v. | 26-CV-1479 (DEH) |
| Johnson & Johnson, et al., | ORDER |
| Defendants. | |

DALE E. HO, United States District Judge:

On review of the Parties' position statements, the Court adopts the schedule as follows:

- Defendants' Opposition: **March 6, 2026**

- Plaintiff's Reply: **March 9, 2026**

- Joint Pre-Hearing statement and electronic exhibits: **March 13, 2026**. *See* Rules 5(a) and 5(c) of the Court's Individual Practices in Civil Cases, which is available at https://nysd.uscourts.gov/hon-dale-e-ho.

- Hearing: **March 16, 2026** beginning at 10:00 am in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

Defendants are directed to include jurisdictional arguments in their Opposition brief. If the Parties believe that more than one day is necessary for a hearing, they are directed to inform the Court as soon as possible.

SO ORDERED.

Dated: February 25, 2026
     New York, New York

_____
DALE E. HO
United States District Judge