VIA ECF

The Honorable Judge Dale Ho
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

                               Re:    *Bayer HealthCare LLC v. Johnson & Johnson, et al.*, Case No. 26-CV-1479 (DEH)

Dear Judge Ho:

      The undersigned counsel represent the parties in the above-captioned matter and write jointly in response to the Court's February 23, 2026 Order. Specifically, we write in response to the Court's direction that the parties inform the Court if they believe more than one day is necessary for a hearing. The parties have had good discussions and given the number of witnesses we expect to be called, we respectfully request a second day of hearing (on March 17, 2026, if possible). Further, we have conferred and jointly agree that a chess clock for the parties' presentations with the time divided evenly would work well and ask for the Court's approval for this hearing.

      We are available at the Court's convenience if it has any questions. The parties thank the Court for its attention to this matter.

Respectfully submitted,

Dated: February 27, 2026

| | |
|---|---|
| */s/ Lynn K. Neuner*  | */s/ Jonah M. Knobler*  |
| Lynn K. Neuner | Jonah M. Knobler |
| Laura Brett | Steven A. Zalesin |
| Nicholas Cunha | Amy N. Vegari |
| SIMPSON THACHER & BARTLETT LLP | Clinton W. Morrison |
| 425 Lexington Avenue | Margaret M. O'Neil |
| New York, New York 10017 | PATTERSON BELKNAP WEBB & |
| Telephone: (212) 455-2000 | TYLER LLP |
| lneuner@stblaw.com | 1133 Avenue of the Americas |
| nicholas.cunha@stblaw.com | New York, NY 10036 |
| | Telephone: (212) 336-2000 |
| Simona G. Strauss | jknobler@pbwt.com |
| 2475 Hanover Street | avegari@pbwt.com |
| Palo Alto, California 94304 | cmorrison@pbwt.com |
| Telephone: (650) 251-5000 | moneil@pbwt.com |
| sstrauss@stblaw.com | *Attorneys for Defendants Johnson & Johnson* |
| *Attorneys for Plaintiff Bayer HealthCare LLC* | *and Janssen Biotech, Inc.* |