UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bayer Healthcare LLC, | |
| Plaintiff, | 26-CV-1479 (DEH) |
| v. | |
| Johnson & Johnson et al., | ORDER |
| Defendants. | |

DALE E. HO, United States District Judge:

As stated on the record at the conclusion of yesterday's hearing, the Parties are directed to file proposed findings of fact of no more than 15 double-spaced pages by March 25, 2026. The Parties are further reminded to email any demonstratives used during the hearing to chambers to the extent they have not already done so.

SO ORDERED.

Dated: March 18, 2026
         New York, New York

_____
              DALE E. HO
         United States District Judge