UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bayer HealthCare LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>Johnson & Johnson, et al.,<br><br>                    Defendants. | 26-CV-1479 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court issued an Opinion and Order in this matter on April 17, 2026.  ECF No. 69.

The Parties are hereby directed to meet and confer and, on or before May 1, 2026, file a joint

status letter indicating whether the parties anticipate additional motions practice and addressing

any other issues the parties would like to raise regarding next steps in this litigation.  The Parties

are ORDERED to file a proposed case management plan with the status letter.

SO ORDERED.

Dated: April 20, 2026
      New York, New York

_____
          DALE E. HO
     United States District Judge