UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAYER HEALTHCARE LLC,

                Plaintiff,

    v.

JOHNSON & JOHNSON, INC. and JANSSEN
BIOTECH, INC.,

                Defendants.

Case No. 26-CV-1479 (DEH)

---

## MOTION TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew Lief, hereby move to withdraw my appearance as counsel for Defendants, and further request removal from the Court's electronic filing notification system for this action.  As of June 5, 2026, I will no longer be affiliated with Patterson Belknap Webb & Tyler LLP.  Patterson Belknap Webb & Tyler LLP shall remain as counsel of record for Defendants in this action.

Dated:  June 1, 2026

Respectfully submitted,

By:    /s/ *Andrew Lief*
        Andrew Lief
        PATTERSON BELKNAP WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 336-2000
        alief@pbwt.com
        *Attorney for Defendants*

**Application GRANTED.  The Clerk of Court is respectfully directed to terminate Mr. Lief from the case and close ECF No. 76.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: June 2, 2026
New York, New York